## IN RE KATREANNA N.

The petition by Domestic Violence Services of New Haven for certification for appeal from the Appellate Court (AC 19033) is denied.

*James H. Lee*, in support of the petition.

*Lawrence G. Widem*, assistant attorney general, in opposition.

Decided May 25, 1999

## STATE OF CONNECTICUT *v.* ROBERT MONTINI

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 682 (AC 16883), is denied.

*Louis S. Avitabile*, special public defender, in support of the petition.

*Michael E. O'Hare*, assistant state's attorney, in opposition.